Exhibit 8

